UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ANNA DEYOUNG, in her individual capacity and as Executor under the Will of Jeffrey Maddox, § § § § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> CHRISTOPER JAMES CONNER, CONNER AND ASSOCIATES, LLC, d/b/a FRANCHISE MARKETING SYSTEMS, GREG RONDINELLI, JOHN F. COGGIN, CPA PLLC, ANODYNE PAIN AND WELLNESS, INC., WAYNE MACK, RICHARD WALDO, GREGORY SIMONS, JEFFREY STEVENSON, FRANDEVCO LLC, BRANDON WILSON, FRANCHISE CONSULTING CORPORATION and PATRICK ELSNER, § § § § § § § § § § § § <br> Defendants. § | Civil Action No. 4:24-cv-01580 |

## **PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Anna DeYoung, in her individual capacity and as Executor under the Will of Jeffrey Maddox hereby files this Notice of Dismissal with Prejudice as to all claims asserted in this action against all named Defendants (Christopher James Conner, Conner and Associates, LLC d/b/a Franchise Marketing Systems, Greg Rondinelli, John F. Coggin, CPA PLLC, Anodyne Pain and Wellness, Inc., Wayne Mack, Richard Waldo, Gregory Simons, Jeffrey Stevenson, Frandevco LLC, Brandon Wilson, Franchise Consulting Corporation and Patrick Elsner).

Dated: July 9, 2024

        Respectfully submitted,

        /s/ *Adam T. Hamilton*
        David Grant Crooks
        Texas Bar No. 24028168
        dcrooks@foxrothschild.com
        Adam T. Hamilton
        State Bar No. 24087655
        Fed ID No. 3451880
        ahamilton@foxrothschild.com
        **FOX ROTHSCHILD LLP**
        Saint Ann Court
        2501 N. Harwood St., Suite 1800
        Dallas, TX 75201
        Phone: (972) 991-0889
        Fax: (972) 404-0516

        *Attorneys for Plaintiffs*