United States District Court
Southern District of Texas
**ENTERED**
July 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ANNA DEYOUNG, in her individual capacity and as Executor under the Will of Jeffrey Maddox,** § § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-01580 |
| § § | |
| **CHRISTOPER JAMES CONNER, CONNER AND ASSOCIATES, LLC, d/b/a FRANCHISE MARKETING SYSTEMS,** *et al*, § | |
| Defendants. | |

## ORDER OF DISMISSAL

On June 9, 2023, Plaintiff informed the Court that she wishes to dismiss this case with prejudice. ECF No. 18. The case is therefore **DISMISSED WITH PREJUDICE** as to all Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 9th day of July, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE